UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

CIVIL ACTION NO. 23-118-DLB-MAS

BRETT SIMPSON                                                                                    PLAINTIFF

v.                                                      ORDER

COOKIE CREWS                                                                                  DEFENDANT

\*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court upon the Report and Recommendation ("R&R") of United States Magistrate Judge Matthew A. Stinnett (Doc. #54), wherein he recommends that Defendant's Motion to Dismiss (Doc. 50) be granted and Defendant's Motion for Summary Judgment (Doc. # 51) be overruled as moot. He also recommends that this matter be dismissed without prejudice.

No objections having been filed, and the time to do so having now expired, the R&R is ripe for the Court's consideration. The Court having reviewed the R&R, concluding that it is sound in all respects, and being otherwise sufficiently advised, **ORDERS** as follows:

(1) The Magistrate Judge's Report and Recommendation ("R&R") (Doc. # 54), is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2) Defendant's Motion to Dismiss (Doc. 50) is **GRANTED**;

(3) Defendant's Motion for Summary Judgment (Doc. # 51) is **OVERRULED** as **MOOT**; and

1

(4)   This matter is hereby **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the Court's active docket.

This 11th day of March, 2026.



Signed By:
David L. Bunning    DB
Chief United States District Judge

G:\Judge-DLB\DATA\ORDERS\Ashland Civil\2023\23-118 Order Adopting R&R.docx